IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:22-CR-101 |
| | : (JUDGE MARIANI) |
| JONATHAN PENA-CHARLES, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS ___3rd___ DAY OF JANUARY, 2023, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's *Nunc Pro Tunc* Motion to Dismiss the Indictment (Doc. 31) is **DENIED**.

Robert D. Mariani
United States District Judge